**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CHARLIE DEMEKO LONG**                                                                 **PETITIONER**

**v.**                                                              **No. 3:11CV29-A-A**

**E. L. SPARKMAN, ET AL.**                                                    **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED,** this the 20th day of September, 2011.

                                               /s/ Sharion Aycock
                                               **U.S. DISTRICT JUDGE**